# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



APR 16 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Bryan Keith Jones | Case No.<br>06-203 AWI |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Bryan Keith Jones**, have discussed with **JACOB M. SCOTT**, Supervising Pretrial Officer, modifications of my release conditions as follows:

Vacate the following condition: Participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

**CURFEW:** You are restricted to your residence everyday from 9 p.m. to 6 a.m.
As directed by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4-9-07            _____  4/9/07
Signature of Defendant       Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                     _____  4-16-07
Signature of Assistant United States Attorney                              Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     _____  4/9/07
Signature of Defense Counsel                                               Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  4/16/07
☐ The above modification of conditions of release is *not* ordered.

_____  Magistrate Judge   _____  4/16/07
Signature of Judicial Officer                                              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services