JAMES M. MAKASIAN (SBN 71791)
JAMES M. MAKASIAN,
A PROFESSIONAL CORPORATION
2300 Tulare Street, Suite 250
Fresno, California 93721

Attorney for Defendant, BRYAN KEITH JONES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>BRYAN KEITH JONES,<br><br>        Defendant. | Case No. 1:06CR00203<br><br>EX PARTE APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON |

Defendant, BRYAN KEITH JONES, by and through her counsel of record, defense attorney JAMES M. MAKASIAN, hereby requests an order exonerating cash bond in this action.

Mr. Jones was released on conditions pending final disposition of his case in the U.S. District Court, Eastern District of California.  This court ordered Mr. Jones to post a $10,000.00 case bond in order to remain out of custody pending final disposition.

On December 21, 2006, a cash bond was posted by BRYAN KEITH JONES in the amount of $10,000.00, receipt number 100204307.  As of his sentencing date of December 3, 2007, Mr. JONES was in Federal Custody at the Fresno County Jail.

EX PARTE APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER
CASE NO.  1:06CR00203-04 AWI

1  ///

2  ///

3    Accordingly, exoneration of cash bond is requested.  We are requesting the check be sent to <u>Pamela Chamblin, 25566 Ophir Drive, Madera, California 93638</u> as requested by Mr. JONES in the attached Limited Power of Attorney which has been notarized.

                Respectfully submitted,

Dated: December 7, 2007        /s/   James M. Makasian
                 JAMES M. MAKASIAN
                 Attorney for Defendant,
                 BRYAN KEITH JONES

///

///

## ORDER

  It appear that no further court appearances are required in case number 1:06CR00203, the cash bond for $10,000.00 is hereby ordered exonerated and that a check in said amount be issued and delivered to Pamela Chamblin, 25566 Ophier Drive, Madera, California 93638.

IT IS SO ORDERED.

**Dated:   December 11, 2007**     /s/ Anthony W. Ishii
                 UNITED STATES DISTRICT JUDGE