# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1: 06-cr-00203 AWI |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER FOR** |
| V. | ) | **DEFENDANT ON PROBATION** |
| | ) | **OR SUPERVISED RELEASE** |
| BRYAN KEITH JONES, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

**A.     Order For Detention**

Based on the defendant's admissions to the violation in the petition, the Court orders the above-named defendant detained.

**B.     Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds that defendant is a flight risk.

**C.     Findings Of Fact**

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Probation Report and Petition and includes the following:

(1) Nature and circumstances of the offense for which defendant was originally convicted:

   **X**    (a) The crime: A violation of 18 U.S.C. §§ 471 and 2, Counterfeiting Obligations and Securities and Aiding and Abetting are serious crimes and carries a maximum penalty of twenty years imprison and a $250,000 fine.

_____ (b) The original commitment offense is a crime of violence.

_____ (c) The original commitment offense is punishable by life imprisonment or death.

_____ (d) The original commitment offense is one for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.).

(2) The weight of the evidence against the defendant is high.

(3) The history and characteristics of the defendant including:

    (a) General Factors:

_____ The defendant appears to have a mental condition which may affect whether the defendant will appear.

_____ The defendant has no family ties in the area.

_____ The defendant has no steady employment.

_____ The defendant has no substantial financial resources.

_____ The defendant is not a long time resident of the community.

_____ The defendant does not have any significant community ties.

DETENTION ORDER - Page 2

(b)  Past conduct of the defendant:

_____  The defendant has a history relating to drug abuse.

_____  The defendant has a history relating to alcohol abuse.

_____  The defendant has a history relating to mental health problems.

_____  The defendant has a significant prior criminal record.

_____  The defendant has a prior record of failure to appear at court proceedings.

_____  Other:

(c)  Whether the defendant was on probation, parole, or release by a court:

At the time of the current arrest, the defendant was on:

_____  Probation

_____  Parole

_____  Release pending trial, sentence, appeal or completion of sentence.

(d)  Other Factors:

_____  The defendant is an illegal alien and is subject to deportation.

_____  The defendant is a legal alien and will be subject to deportation if convicted.

_____  Other:

(4)  The nature and seriousness of the danger posed by the defendant's release are as follows:

D.  **Additional Directives**

Pursuant to 18 U.S.C. §3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility; and

The defendant be afforded reasonable opportunity for private consultation with his counsel; and That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated:  __May 29, 2008__          _____/s/ **Gary S. Austin**_____

UNITED STATES MAGISTRATE JUDGE